IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01294-LTB

WILLIAM LEE LORNES, also known as
WILLIAM LEE LORNES the III, also known as
WILLIAM,

    Applicant,

v.

HERNANDEZ,
SHAFFER,
MARTÍNEZ,
AERONAL, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO WILLSON [sic],

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 7, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 7th day of July, 2014.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk

                  By: s/K Lyons
                       Deputy Clerk